# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2017

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Fragoso, Carlos Quinto | Docket No. | 1:17CR02016-SMJ-1 |

**Petition for Action on Conditions of Pretrial Supervision**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Carlos Quinto Fragoso, who was placed under pretrial supervision by the Honorable U.S. Magistrate Court Judge Mary K. Dimke in the Court at Yakima, Washington, on the 25th day of April 2017, under the following conditions:

**Special Condition #11:** Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #1:** Deviating from approved leave granted by probation officer, while under the location monitoring program on April 29, 2017.

REQUESTING NO ACTION BE ORDERED AT THIS TIME

|  |  |  |
|---|---|---|
|  |  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  |  | Executed on: May 2, 2017 |
|  | by | s/Linda Leavitt |
|  |  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

5/2/2017

Date