FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS QUINTO FRAGOSO,

Defendant.

No.   1:17-CR-2016-SMJ

**ORDER GRANTING THE UNITED STATES' MOTION FOR A PROTECTIVE ORDER**

Before the Court, without oral argument, is the United States' Motion for a Protective Order, ECF No. 25. Through this motion, the Government requests a Protective Order pursuant to 18 U.S.C. § 3509(d)(3)(B)(ii). *Id.* Defendant's counsel does not object to the request. *Id.* Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the motion. The Court finds that the privacy protection measures of the Child Victims' and Child Witnesses' Rights Act, 18 U.S.C. § 3509 *et seq*, apply in this case and a Protective Order is appropriate here. The Court further determines that failing to afford the requested protection would be detrimental to the minors involved in this case.

//

//

ORDER GRANTING THE UNITED STATES' MOTION FOR A PROTECTIVE ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Motion for a Protective Order, **ECF No. 25**, is **GRANTED.**

2. Minors involved in this case shall be referred by their first and last initials during all proceedings.

3. All persons with reason to handle information in this case—including attorneys, their staff, investigators, interns, and others—are precluded from disclosing or disseminating in any way the name of potential victims and/or the nature of the allegations in this case.

4. All protective measures discussed in 18 U.S.C. § 3509(d), (e) shall apply in this case unless otherwise ordered.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 25th day of May 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING THE UNITED STATES' MOTION FOR A PROTECTIVE ORDER - 2