JOSEPH H. HARRINGTON
United States Attorney
Eastern District of Washington
Scott T. Jones
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 16 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS QUINTO FRAGOSO,<br><br>Defendant. | 1:17-CR-2016-SMJ<br><br>SUPERSEDING INFORMATION<br><br>18 U.S.C. § 1594(c), Conspiracy to Commit Child Sex Trafficking<br><br>18 U.S.C. § 1594<br>Notice of Forfeiture Allegations |

The United States Attorney Charges:

Between on or about April 8, 2016, and June 21, 2016, within the Eastern District of Washington, CARLOS QUINTO FRAGOSO, in and affecting interstate commerce, conspired with one or more other persons to knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, or solicit a person he knew was less than eighteen years old, knowing that the person would be caused to engage in a commercial sex act, in violation of 18 U.S.C. § 1594(c).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

1.   The allegations contained in this Information Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

SUPERSEDING INFORMATION – 1

2.  Pursuant to 18 U.S.C. § 1594, upon conviction of an offense(s) in violation of 18 U.S.C. § 1594, as alleged in this Information Superseding Indictment, CARLOS QUINTO FRAGOSO shall forfeit to the United States of America (1) any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offense[s], and any property traceable to such property; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense[s], and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

- one Samsung Galaxy S7 Edge cellular phone; and
- $55.00 in U.S. currency.

DATED this 16 day of ~~April,~~ May, 2018.

JOSEPH H. HARRINGTON
United States Attorney

Scott T. Jones
Assistant United States Attorney

SUPERSEDING INFORMATION – 2