PROB 12C
(6/16)

Report Date: July 23, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 24, 2026

SEAN F. MCAVOY, CLERK

ECF No 110

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carlos Quinto Fragoso  Case Number: 0980 1:17CR02016-SAB-1

Address of Offender: [redacted] Union Gap, Washington 98903

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 11, 2018

Original Offense: Conspiracy to Commit Child Sex Trafficking, 18 U.S.C. § 1594(c)

Original Sentence: Prison - 120 months; TSR - 120 months  Type of Supervision: Supervised Release

Asst. U.S. Attorney: To be assigned  Date Supervision Commenced: November 13, 2025

Defense Attorney: To be assigned  Date Supervision Expires: November 12, 2035

---

## PETITIONING THE COURT

To issue a summons.

On November 13, 2025, Mr. Fragoso and the probation officer reviewed all the conditions of supervised release to which he would be subject while serving his term of supervision. Mr. Fragoso signed a copy of his judgement acknowledging his understanding of the conditions imposed by the Court. He was also provided a copy for his reference.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #11**: You are prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). You must not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs. You must not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements.<br><br>**Supporting Evidence**: On or about July 8, 2026, Carlos Fragoso allegedly violated special condition number 11 by possessing media that depicted sexually explicit conduct. On July 8, 2026, Mr. Fragoso was subject to a maintenance polygraph as regularly scheduled. In a post-interview, the offender admitted to using pornographic videos for his immediate sexual gratification. |

On July 17, 2026, the offender reported to the U.S. Probation Office to meet with the undersigned officer as scheduled. Mr. Fragoso admitted to using Facebook live videos for sexual gratification.

2 **Special Condition #14**: To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches on any of the following used by you: computers, other electronic communications or data storage devices or media, that can receive, store, or otherwise possess materials with depictions of "sexually explicit conduct" (as defined by 18 U.S.C. § 2256(2)) involving children, or "actual sexually explicit conduct" (as defined by 18 U.S.C. § 2257(h)(1)) involving adults. These searches shall be conducted to determine whether the computer contains any prohibited data prior to installation of the monitoring software, whether the monitoring software is functioning effectively after its installation, and whether there have been attempts to circumvent the monitoring software after its installation. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition.

**Supporting Evidence**: Mr. Fragoso is considered to be in violation of his conditions of supervised release by failing to disclose to the undersigned officer all of the electronic devices in his possession on or before July 21, 2026.

On July 21, 2026, an organized search of Mr. Fragoso's residence was executed with the assistance of Federal Bureau of Investigation (FBI) agents and officers with the Union Gap Police Department.

Upon completion of the search of the residence, two laptops, two universal serial bus (USB) drives, nine secure digital (SD) cards, a smart watch, and a portable external hard drive were located inside Mr. Fragoso's bedroom.

Mr. Fragoso failed to notify the undersigned officer of these computer equipment devices; therefore, making them unavailable for a probation officer to conduct initial or periodic searches of the devices.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 23, 2026

s/Maria Balles

Maria Balles
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Stan Bastian

Signature of Judicial Officer

7/24/2026

Date